# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:16-mj-00113-GWF |
| Plaintiff, | |
| vs. | ORDER CONTINUING BENCH TRIAL |
| MATTHEW ALFONSO MONTANO, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for August 31, 2016, at the hour of 9:00 a.m., be vacated and continued to __November 9__, 2016, at the hour of 9:00 a.m.

DATED this __31st__ day of August, 2016.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE