# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )   Case No: 2:16-mj-00113-GWF
                                         )
       Plaintiff,                   )
                                         )   ORDER CONTINUING
   vs.                               )   BENCH TRIAL
                                         )
MATTHEW ALFONSO MONTANO,                 )
                                         )
       Defendant.                   )
                                         )

    Based on the pending stipulation of counsel, and good cause appearing therefore:

    IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for February 22, 2017, at the hour of 9:00 a.m., be vacated and continued to ___ _____ May 3 _____, 2017, at the hour of 9:00 a.m.

    DATED this _____ 22nd _____ day of February, 2017.


_____
UNITED STATES MAGISTRATE JUDGE