# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 2:16-mj-00113-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING |
| vs. | ) | BENCH TRIAL |
| | ) | |
| MATTHEW ALFONSO MONTANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for May 3, 2017, at the hour of 9:00 a.m., be vacated and continued to June 7, 2017, at the hour of 9:00 a.m.

DATED this _____2nd_____ day of May, 2017.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE